# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DYANSYS, INC., <br><br> Defendant. | Case No. 18-cv-2703-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the Joint Case Management Statement at Docket No. 26. The amount of time the parties jointly suggest is significantly more than warranted. The Court sets the following schedule but will entertain a request to expand the deadlines if early discovery warrants the expanded time suggested. The Court will not set a trial date until the class certification process has concluded.

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 11, 2019 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE RYU FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | December 21, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | November 15, 2018 |
| PLAINTIFF TO FILE CLASS CERTIFICATION MOTION AND SUBMIT ANY EXPERT REPORTS RELATING TO CLASS CERTIFICATION: | August 2, 2019 |
| DEFENDANT TO FILE OPPOSITION TO CLASS CERTIFICATION MOTION AND SUBMIT ANY EXPERT REPORTS RELATING TO CLASS CERTIFICATION: | August 30, 2019 |
| PLAINTIFF TO FILE A REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION: | September 30, 2019 |
| HEARING ON MOTION: | Tuesday, October 15, 2019 at 2:00 p.m. |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. Further, the parties should review the District's Procedural Guidance for Class Action Settlements.

Counsel is advised that in order to ensure that settlements being brought before the Court are fair and reasonable, and to ensure transparency, accountability, and class participation, the Court will require, as part of any application for approval, counsel to provide the following information for each of their five most recent approved and fully distributed class settlements:

> The total settlement fund, the total number of class members, the total number of class members to whom notice was sent and not returned as undeliverable, the number and percentage of claim forms submitted, the number and percentage of opt-outs, the number and percentage of objections, the average and median recovery per claimant, the largest and smallest amounts paid to class members, the method of notice and the method of payment to class members, the number and value of checks not cashed, the amounts distributed to each cy pres recipient, the administrative costs, the attorneys' costs, the experts' fees, and the attorneys' fees in terms of total amount, percentage of the settlement fund, and multiplier.

Counsel should be prepared to summarize this information in easy-to-read charts that allow for quick comparisons with other cases and include a column with the anticipated results of the action at issue. The parties can also expect to provide the same information after final distribution and payment of any attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 21, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

CC: MAGREF EMAIL; MAGISTRATE JUDGE RYU