# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC B. FROMER CHIROPRACTIC, INC.**, <br> Plaintiff, <br> vs. <br> **DYANSYS, INC.**, <br> Defendant. | CASE NO. 18-cv-02703-YGR <br><br> **ORDER TO SHOW CAUSE RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br><br> Re: Dkt. No. 44 |

The Court is in receipt of plaintiff's motion for leave to file a first amended complaint. (Dkt. No. 44.)[1] Defendant is hereby **ORDERED TO SHOW CAUSE** why plaintiff's motion should not be granted in light of the Order at Docket Number 42, which extended the deadline to join parties or amend pleadings to January 28, 2019.

Defendant's response to this Order to Show Cause shall be filed no later than **Friday, January 25, 2019** at **2:00 p.m.** and must not exceed three (3) pages. Failure to file a timely response shall be deemed an admission that no good cause exists, and plaintiff's motion shall thus be granted.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Plaintiff is advised that the undersigned's name is not "Yvette G. Rogers" and must be spelled correctly moving forward.