# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC B. FROMER CHIROPRACTIC, INC.,**<br>Plaintiff,<br>vs.<br>**DYANSYS, INC., ET AL.,**<br>Defendants. | CASE NO. 18-cv-02703-YGR<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 78 |

On June 21, 2019, the parties filed a Joint Stipulation of Dismissal without Prejudice. (Dkt. No. 78.) Pursuant to the parties' joint stipulation, the case is hereby **DISMISSED** without prejudice, with each party bearing its own costs.

Accordingly, all pending motions are hereby **TERMINATED** as moot. Further, the June 28, 2019 compliance hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 25, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**